UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | No. 24-12311-J |
| | ) | |
| DONALD J. TRUMP, | ) | |
| WALTINE NAUTA, and | ) | |
| CARLOS DE OLIVEIRA, | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

_____

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to 11th Cir. R. 26.1-1, the undersigned hereby certifies that the following persons and entities have an interest in the outcome of this case:

1. Advance Publications, Inc.

2. Alonso, Cristina

3. America First Legal Foundation

4. American Broadcasting Companies, Inc., d/b/a ABC News

5. Ayer, Donald

6. Blackman, Joshua

7. Blanche, Todd

8. Bloomberg, L.P.

9. Bove, Emil

10.    Bowman, Chad

11.    Bratt, Jay

12.    Cable News Network, Inc.

13.    Calabresi, Steven

14.    Caldera, Louis

15.    Cannon, Hon. Aileen

16.    Cate, Matthew

17.    CBS Broadcasting, Inc. o/b/o CBS News

18.    Citizens United

19.    Citizens United Foundation

20.    CMG Media Corporation

21.    Coleman, Tom

22.    Conway, George

23.    Cooney, J.P.

24.    Cox Enterprises, Inc. (COX) d/b/a The Atlanta Journal-Constitution

25.    Dadan, Sasha

26.    De Oliveira, Carlos

27.    Dow Jones & Company, Inc., publisher of The Wall Street Journal

28.    Dreeben, Michael

29.    Edelstein, Julie

30. Fields, Lazaro

31. Fitzgerald, Patrick

32. Fort Myers Broadcasting Company

33. Gerson, Stuart

34. Goodman, Hon. Jonathan

35. Gray Media Group, Inc. (GTN)

36. Guardian News & Media Limited

37. Harbach, David

38. Hulser, Raymond

39. Insider, Inc.

40. Irving, John

41. Kise, Christopher

42. Lacovara, Philip Allen

43. Landmark Legal Foundation

44. Lawson, Gary

45. Los Angeles Times Communications LLC, publisher of The Los Angeles Times

46. Maynard, Hon. Shaniek Mills

47. McKay, John

48. McNamara, Anne

49. Meese, Edwin

50. Mishkin, Maxwell

51. Mukasey, Hon. Michael B.

52. Murrell, Larry Donald

53. National Cable Satellite Corporation d/b/a C-SPAN

54. National Public Radio, Inc.

55. Nauta, Waltine

56. NBCUniversal Media, LLC d/b/a NBC News, a subsidiary of Comcast Corporation (CMCSA)

57. Orlando Sentinel Media Group, publisher of the Orlando Sentinel

58. Pearce, James

59. Pellettieri, John

60. POLITICO LLC

61. Potter, Trevor

62. Radio Television Digital News Association

63. Raul, Alan Charles

64. Reinhart, Hon. Bruce E.

65. Reuters News & Media, Inc.

66. Russell, Lauren

67. Salario, Samuel

68. Sasso, Michael

69. Schaerr, Gene

70.   Seligman, Matthew

71.   Smith, Abbe

72.   Smith, Fern

73.   Smith, Jack

74.   State Democracy Defenders Action

75.   Sun-Sentinel Company, LLC, publisher of the South Florida Sun Sentinel

76.   TEGNA, Inc. (TGNA)

77.   Telemundo Network Group, LLC d/b/a Noticias Telemundo

78.   Thakur, Michael

79.   The Associated Press

80.   The E.W. Scripps Company (SSP)

81.   The McClatchy Company, LLC (MNI) d/b/a the Miami Herald

82.   The New York Times Company (NYT)

83.   The Palm Beach Post and USA TODAY, publications operated by subsidiaries of Gannett Co., Inc. (GCI)

84.   Thompson, Larry

85.   Tillman, Seth Barrett

86.   Tobin, Charles

87.   Torres, Hon. Edwin

88.   Trent, Edward H.

89.   Tribe, Laurence

90.   Troye, Olivia

91.   Trump, Donald J.

92.   Trusty, James

93.   Twardy, Stanley

94.   United States of America

95.   Univision Networks & Studios, Inc.

96.   VanDevender, Cecil

97.   Weiss, Stephen

98.   Weld, William

99.   Wharton, Kendra

100.  Whitman, Christine Todd

101.  Woodward, Stanley

102.  WP Company LLC d/b/a The Washington Post

103.  WPLG, Inc.

Respectfully submitted,

JACK SMITH
Special Counsel

By:   /s/ James I. Pearce
JAMES I. PEARCE
Assistant Special Counsel
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

July 24, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ James I. Pearce
JAMES I. PEARCE
Assistant Special Counsel
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530