UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Appeal No. 24-12311-J

UNITED STATES OF AMERICA,

    Plaintiff-Appellant,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

    Defendants-Appellees.
_____/

**APPELLEES' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 26.1-1(a)(3) of the Eleventh Circuit Rules, President Donald J. Trump submits this Certificate of Interested Persons and Corporate Disclosure Statement. President Trump is joined in making this submission by Appellees Waltine Nauta and Carlos De Oliveira.

In addition to the persons and entities identified in the initial Certificate of Interested Persons and Corporate Disclosure Statement filed by Appellant (ECF No. 10), the following persons have an interest in the outcome of this case or appeal:

1. Couzo, Amber Aurora

2. Fugate, Rachel Elise

3. Garland, Merrick B.

4. Gilbert, Karen E.

5. McElroy, Dana Jane

6. Raskin, David

7. Reeder, L. Martin Jr.

8. Reynolds, Brett

As individuals, Appellees are not required to file a corporate disclosure statement pursuant to Federal Rule of Appellate Procedure 26.1(a).

*USA v. Donald Trump*, Appeal No. 24-12311-J

| | |
|---|---|
| Dated:  August 14, 2024 | Respectfully submitted, |

*/s/ Todd Blanche / Emil Bove*
Todd Blanche
toddblanche@blanchelaw.com
Emil Bove
emil.bove@blanchelaw.com
Kendra L. Wharton
Fla. Bar No. 1048540
k.wharton@whartonlawpllc.com
BLANCHE LAW PLLC
99 Wall Street, Suite 4460
New York, New York 10005
(212) 716-1250

*/s/ Christopher M. Kise*
Christopher M. Kise
Fla. Bar No. 855545
ckise@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
(305) 677-2707

*Counsel for Defendant-Appellee
President Donald J. Trump*

*USA v. Donald Trump*, Appeal No. 24-12311-J

*s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr.
BRAND WOODWARD LAW, LP
400 Fifth Street NW, Suite 350
Washington, DC 20001
(202) 996-7447 (telephone)
(202) 996-0113 (facsimile)
stanley@brandwoodwardlaw.com

*s/ Sasha Dadan*
Sasha Dadan (Fla. Bar No. 109069)
DADAN LAW FIRM, PLLC
201 S. 2nd Street, Suite 202
Fort Pierce, Florida 34950
(772) 579-2771 (telephone)
(772) 264-5766 (facsimile)
sasha@dadanlawfirm.com

*Counsel for Defendant-Appellee*
*Waltine Nauta*[1]

*/s/ Larry Donald Murrell, Jr.*
Larry Donald Murrell, Jr.
Fla. Bar No. 326641
400 Executive Center Drive
Suite 201—Executive Center Plaza
West Palm Beach, FL 33401
(561) 686-2700 (telephone)
(561) 686-4567 (facsimile)
ldmpa@bellsouth.net

*Counsel for Defendant-Appellee*
*Carlos De Oliveira*

---

[1] Notices of Appearance are forthcoming.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Certificate of Interested Persons and Corporate Disclosure Statement was filed with the Clerk of the Court using the CM/ECF system, which will send a copy to all counsel of record, this 14th day of August, 2024.

*/s/ Kendra L. Wharton*
Kendra L. Wharton