Case No. 24-12311-J

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,
*Appellant*,

v.

DONALD J. TRUMP, WALTINE NAUTA, and CARLOS DE OLIVEIRA
*Defendants-Appellees*

On appeal from the United States District Court
for the Southern District of Florida
Case No. 23-80101-CR-CANNON

## MOTION OF AMICI CONSTITUTIONAL LAWYERS, FORMER GOVERNMENT OFFICIALS, AND STATE DEMOCRACY DEFENDERS ACTION FOR LEAVE TO FILE AMICI BRIEF IN SUPPORT OF APPELLANT UNITED STATES OF AMERICA AND REVERSAL OF JUDGMENT

Matthew A. Seligman
Stris & Maher LLP
777 S Figueroa St., Suite 3850
Los Angeles, CA 90017
(213) 995-6873
mseligman@stris.com

*Counsel for Amici*

## CORPORATE DISCLOSURE STATEMENT

State Democracy Defenders Action ("SDDA") submits this corporate disclosure statement pursuant to Federal Rules of Appellate Procedure 26.1 and 29 and 11th Circuit Rule 26.1-2. SDDA is a non-profit organization that has no parent company. It has issued no stock, and as such no person or entity owns ten percent or more of its stock.

## CERTIFICATE OF INTERESTED PERSONS

A list of the *amici* is attached hereto. Undersigned counsel for *amici* certifies that neither *amici* nor counsel for *amici* have a parent corporation, and no company owns a ten percent or greater interest in *amici* or counsel for *amici*. Pursuant to 11th Circuit Rule 26.1-1(b), the undersigned further certifies that the above information will be entered into the web-based stock ticker symbol CIP, indicating that there is nothing to declare.

Pursuant to Federal Rule of Appellate Procedure 26.1 and 11th Circuit Rules 26.1-1 and 26.1-2, and based on the Certificate of Interested Persons set forth on pages C-1 to C-7 of the Brief of the United States filed on August 26, 2024 [doc. 18], the undersigned

C-1

hereby certifies that the following is a list of persons and entities who have an interest in the outcome of this case:

1. Advance Publications, Inc.
2. Alonso, Cristina
3. America First Legal Foundation
4. American Broadcasting Companies, Inc., d/b/a ABC News
5. Ayer, Donald
6. Blackman, Joshua
7. Blanche, Todd
8. Bloomberg, L.P.
9. Bove, Emil
10. Bowman, Chad
11. Bratt, Jay
12. Cable News Network, Inc.
13. Calabresi, Steven
14. Caldera, Louis
15. Cannon, Hon. Aileen
16. Cate, Matthew
17. CBS Broadcasting, Inc. o/b/o CBS News

18. Citizens for Responsibility and Ethics in Washington

19. Citizens United

20. Citizens United Foundation

21. CMG Media Corporation

22. Coleman, Tom

23. Conway, George

24. Cooney, J.P.

25. Cox Enterprises, Inc. (COX) d/b/a The Atlanta Journal-Constitution

26. Dadan, Sasha

27. De Oliveira, Carlos

28. Dow Jones & Company, Inc., publisher of The Wall Street Journal

29. Dreeben, Michael

30. Edelstein, Julie

31. Fields, Lazaro

32. Fitzgerald, Patrick

33. Fort Myers Broadcasting Company

34. Gerson, Stuart

35. Gertner, Nancy

36. Gillers, Stephen

37. Goodman, Hon. Jonathan

38. Gray Media Group, Inc. (GTN)

39. Guardian News & Media Limited

40. Harbach, David

41. Hirsch, Steven A.

42. Hulser, Raymond

43. Insider, Inc.

44. Irving, John

45. Kise, Christopher

46. Lacovara, Philip Allen

47. Landmark Legal Foundation

48. Lawson, Gary

49. Los Angeles Times Communications LLC, publisher of The Los Angeles Times

50. Maynard, Hon. Shaniek Mills

51. McKay, John

52. McNamara, Anne

53. Meese, Edwin

54. Mishkin, Maxwell

55. Mukasey, Hon. Michael B.

56. Murrell, Larry Donald

57. National Cable Satellite Corporation d/b/a C-SPAN

58. National Public Radio, Inc.

59. Nauta, Waltine

60. NBCUniversal Media, LLC d/b/a NBC News, a subsidiary of Comcast Corporation (CMCSA)

61. Orlando Sentinel Media Group, publisher of the Orlando Sentinel

62. Pearce, James

63. Pellettieri, John

64. POLITICO LLC

65. Potter, Trevor

66. Radio Television Digital News Association

67. Raul, Alan Charles

68. Reinhart, Hon. Bruce E.

69. Reuters News & Media, Inc.

70. Russell, Lauren

71. Salario, Samuel

72. Sample, James J.

73. Sasso, Michael

74. Schaerr, Gene

75. Seligman, Matthew

76. Smith, Abbe

77. Smith, Fern

78. Smith, Jack

79. State Democracy Defenders Action

80. Sun-Sentinel Company, LLC, publisher of the South Florida Sun Sentinel

81. TEGNA, Inc. (TGNA)

82. Telemundo Network Group, LLC d/b/a Noticias Telemundo

83. Thakur, Michael

84. The Associated Press

85. The E.W. Scripps Company (SSP)

86. The McClatchy Company, LLC (MNI) d/b/a the Miami Herald

87. The New York Times Company (NYT)

88. The Palm Beach Post and USA TODAY, publications operated by subsidiaries of Gannett Co., Inc. (GCI)

89. Thompson, Larry

90. Tillman, Seth Barrett

91. Tobin, Charles

92. Torres, Hon. Edwin

93. Trent, Edward H.

94. Tribe, Laurence

95. Troye, Olivia

96. Trump, Donald J.

97. Trusty, James

98. Twardy, Stanley

99. United States of America

100. Univision Networks & Studios, Inc.

101. VanDevender, Cecil

102. Weiss, Stephen

103. Weld, William

104. Wharton, Kendra

105. Whitman, Christine Todd

106. Woodward, Stanley

107. WP Company LLC d/b/a The Washington Post

108. WPLG, Inc.

                              Respectfully submitted,

Dated:  September 3, 2024

                              */s/Matthew A. Seligman*
                              MATTHEW A. SELIGMAN
                              *Counsel of Record*
                              STRIS & MAHER LLP
                              777 S Figueroa St., Suite 3850
                              Los Angeles, CA 90017
                              (213) 995-6873
                              mseligman@stris.com
                              *Counsel for Amici*

Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and 11th Circuit Rule 29-1, *amici* move for leave to file the *amici curiae* brief in support of Appellant United States America and Reversal of Judgment, attached as Exhibit A. Undersigned counsel for *amici* certifies that he solicited consent from the parties. Counsel for the United States of America, Carlos De Olivera, and Waltine Natua replied taking no position. Counsel for Donald J. Trump did not respond.

*Amici* (identified in the attachment hereto) are eighteen former prosecutors, elected officials, other government officials, constitutional lawyers, and a non-profit organization who have collectively spent decades defending the Constitution, the interests of the American people, and the rule of law. By virtue of that experience, the *amici* bring expertise that may be useful to the Court. Likewise, *amici* have a significant interest in the proper scope of executive power and the faithful enforcement of criminal laws enacted by Congress. As such, the proposed amici brief is both relevant and desirable to the disposition of this appeal.

Pursuant to Federal Rule of Appellate Procedure 29 and 11th Circuit Rules 29-1 and 29-2, *amici* respectfully request leave to submit

1

their brief to reinforce why the appointment of the Special Counsel is consistent with the Appointments Clause of the Constitution and the statutes Congress has enacted pursuant to that constitutional provision.

For the foregoing reasons, the motion should be granted.

September 3, 2024						Respectfully submitted,

							*/s/ Matthew A. Seligman*
							MATTHEW A. SELIGMAN
							*Counsel of Record*
							STRIS & MAHER LLP
							777 S Figueroa St., Suite 3850
							Los Angeles, CA 90017
							(213) 995-6873
							mseligman@stris.com
							*Counsel for Amici*

# CERTIFICATE OF COMPLIANCE (FRAP 32(g))

Under Federal Rule of Appellate Procedure 32(g), I hereby certify that this motion complies with (1) the typeface requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) because it was written in Century Schoolbook, 14-point font and (2) the type-volume limitations contained in Federal Rules of Appellate Procedure 27(d)(2)(A), because it contains 916 words, excluding those parts of the brief excluded from the word count under Federal Rule of Appellate Procedure 32(f), and inclusive of Attachment – List of *Amici*.

September 3, 2024

                                     */s/Matthew A. Seligman*
                                     MATTHEW A. SELIGMAN
                                     *Counsel of Record*
                                     STRIS & MAHER LLP
                                     777 S Figueroa St., Suite 3850
                                     Los Angeles, CA 90017
                                     (213) 995-6873
                                     mseligman@stris.com
                                     *Counsel for Amici*

# CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2024, a true and correct copy of the foregoing document was electronically filed through CM/ECF. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

September 3, 2024

*/s/ Matthew A. Seligman*
MATTHEW A. SELIGMAN
*Counsel of Record*
STRIS & MAHER LLP
777 S Figueroa St., Suite 3850
Los Angeles, CA 90017
(213) 995-6873
mseligman@stris.com
*Counsel for Amici*
