No. 24-12311-J

In the
United States Court of Appeals
for the Eleventh Circuit

UNITED STATES OF AMERICA,
Plaintiff-Appellant,

v.

DONALD J. TRUMP, WALTINE NAUTA,
and CARLOS DE OLIVEIRA
Defendants-Appellees.

On Appeal from the United States District Court for the
Southern District of Florida, No. 23 Cr. 80101 (Cannon, J.)

**DEFENDANTS-APPELLEES' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Emil Bove
Todd Blanche
Kendra Wharton
BLANCHE LAW PLLC
99 Wall Street, Suite 4460
New York, New York 10005

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 and 26.1-2, Appellees hereby certify that the following is a list of persons and entities who have an interest in the outcome of this case:

1. Advance Publications, Inc.
2. Alonso, Cristina
3. America First Legal Foundation
4. American Broadcasting Companies, Inc., d/b/a ABC News
5. Ayer, Donald
6. Blackman, Joshua
7. Blanche, Todd
8. Bloomberg, L.P.
9. Bove, Emil
10. Bowman, Chad
11. Bratt, Jay
12. Cable News Network, Inc.
13. Calabresi, Steven
14. Caldera, Louis
15. Cannon, Hon. Aileen

16. Cate, Matthew

17. CBS Broadcasting, Inc. o/b/o CBS News

18. Citizens for Responsibility and Ethics in Washington

19. Citizens United

20. Citizens United Foundation

21. CMG Media Corporation

22. Coleman, Tom

23. Conway, George

24. Cooney, J.P.

25. Couzo, Amber Aurora

26. Cox Enterprises, Inc. (COX) d/b/a The Atlanta Journal-Constitution

27. Dadan, Sasha

28. De Oliveira, Carlos

29. Dow Jones & Company, Inc., publisher of The Wall Street Journal

30. Dreeben, Michael

31. Edelstein, Julie

32. Fields, Lazaro

33. Fitzgerald, Patrick

34. Fort Myers Broadcasting Company

35. Fugate, Rachel Elise

36. Garland, Merrick B.

37. Gerson, Stuart

38. Gertner, Nancy

39. Gilbert, Karen E.

40. Gillers, Stephen

41. Goodman, Hon. Jonathan

42. Gray Media Group, Inc. (GTN)

43. Guardian News & Media Limited

44. Harbach, David

45. Hirsch, Steven A.

46. Hulser, Raymond

47. Insider, Inc.

48. Irving, John

49. Kise, Christopher

50. Klugh, Richard C.

51. Lacovara, Philip Allen

52. Landmark Legal Foundation

53. Lawson, Gary

54. Los Angeles Times Communications LLC, publisher of The Los Angeles Times

55. Maynard, Hon. Shaniek Mills

56. McElroy, Dana Jane

57. McKay, John

58. McNamara, Anne

59. Meese, Edwin

60. Mishkin, Maxwell

61. Mukasey, Hon. Michael B.

62. Murrell, Larry Donald

63. National Cable Satellite Corporation d/b/a C-SPAN

64. National Public Radio, Inc.

65. Nauta, Waltine

66. NBCUniversal Media, LLC d/b/a NBC News, a subsidiary of Comcast Corporation (CMCSA)

67. Orlando Sentinel Media Group, publisher of the Orlando Sentinel

68. Pearce, James

69. Pellettieri, John

70. POLITICO LLC

71. Potter, Trevor

72. Radio Television Digital News Association

73. Raskin, David

74. Raul, Alan Charles

75. Reeder, L. Martin Jr.

76. Reinhart, Hon. Bruce E.

77. Reuters News & Media, Inc.

78. Reynolds, Brett

79. Russell, Lauren

80. Salario, Samuel

81. Sample, James J.

82. Sasso, Michael

83. Schaerr, Gene

84. Seligman, Matthew A.

85. Smith, Abbe

86. Smith, Fern

87. Smith, Jack

88. State Democracy Defenders Action

89. Sun-Sentinel Company, LLC, publisher of the South Florida Sun Sentinel

90. TEGNA, Inc. (TGNA)

91. Telemundo Network Group, LLC d/b/a Noticias Telemundo

92. Thakur, Michael

93. The Associated Press

94. The E.W. Scripps Company (SSP)

95. The McClatchy Company, LLC (MNI) d/b/a the Miami Herald

96. The New York Times Company (NYT)

97. The Palm Beach Post and USA TODAY, publications operated by subsidiaries of Gannett Co., Inc. (GCI)

98. Thompson, Larry

99. Tillman, Seth Barrett

100. Tobin, Charles

101. Torres, Hon. Edwin

102. Trent, Edward H.

103. Tribe, Laurence

104. Troye, Olivia

105. Trump, President Donald J.

106. Trusty, James

107. Twardy, Stanley

108. United States of America

109. Univision Networks & Studios, Inc.

110. VanDevender, Cecil

111. Weiss, Stephen

112. Weld, William

113. Wharton, Kendra

114. Whitman, Christine Todd

115. Woodward, Stanley

116. WP Company LLC d/b/a The Washington Post

117. WPLG, Inc.

# DEFENDANTS-APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b) and Eleventh Circuit Rules 27-1(c) and 31-2(a), Defendants-Appellees President Donald J. Trump, Waltine Nauta, and Carlos De Oliveira respectfully submit this motion for a thirty (30) day extension of time to file their Opening Brief.[1]

The current briefing schedule, set by operation of Eleventh Circuit Rule 31-1(a), provides that Appellees' Opening Brief(s) shall be filed on or before September 25, 2024. This request for a 30-day extension of the briefing schedule, through and including October 25, 2024, reflects Appellees' first request for an extension. *See* 11th Cir. R. 31-2(a) (permitting a party's first request of 30 days or less to be granted by the Clerk of the Court). This request is submitted more than seven (7) days in advance of the September 25, 2024 due date for filing, and is submitted pursuant to the request of the Clerk's Office that it be made in writing.

Good cause exists for this request. The brief 30-day extension requested by Appellees is warranted under the circumstances where, *inter alia*: (i) President Trump and his counsel are presently engaged in motion practice in a separate case brought by the Special Counsel in the District of Columbia, *United States v. Trump*, 23 Cr. 257 (TSC) (D.D.C. 2023), which will require counsel to spend time in a

---

[1] Pursuant to Eleventh Circuit Rule 26-1, governing motions in criminal appeals, counsel confirm that Appellees are not incarcerated.

1

sensitive compartmented information facility ("SCIF") in Washington, D.C. in the coming weeks to meet that court's briefing schedule, *see id.* ECF No. 233; (ii) President Trump and his counsel are also litigating issues of first impression in the U.S. Court of Appeals for the Second Circuit that require briefing in advance of a potential sentencing hearing presently set for November 26, 2024, *see* Order Denying Motion for Emergency Stay, Dkt. No. 31, *People of the State of New York v. Trump*, No. 24-2299 (2d Cir. Sept. 12, 2024); and (iii) Appellee-Nauta recently retained appellate counsel, Richard C. Klugh, Esq., who must be familiarized with the facts giving rise to this appeal and has pressing work before this Court and others that makes the existing schedule challenging.

Counsel for Appellees conferred with opposing counsel, who have requested that we include the following statement: "In light of the procedure described in Eleventh Circuit Rule 31-2(a) and without expressing a view on whether appellees have established good cause, the government does not oppose appellees' 30-day extension request."

Appellees hereby request for good cause that the Court and/or the Clerk of the Court grant a thirty (30) day extension of the time for filing their Opening Brief, through and including October 25, 2024, pursuant to Eleventh Circuit Rule 31-2(a).

Dated: September 17, 2024	Respectfully submitted,

<span style="text-decoration: underline">*/s/ Todd Blanche / Emil Bove*</span>
Todd Blanche
toddblanche@blanchelaw.com
Emil Bove
emil.bove@blanchelaw.com
Kendra L. Wharton
Fla. Bar No. 1048540
k.wharton@whartonlawpllc.com
BLANCHE LAW PLLC
99 Wall Street, Suite 4460
New York, New York 10005
(212) 716-1250

<span style="text-decoration: underline">*/s/ Christopher M. Kise*</span>
Christopher M. Kise
Fla. Bar No. 855545
ckise@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
(305) 677-2707

*Counsel for Defendant-Appellee President Donald J. Trump*

| | |
|---|---|
| */s/ Stanley E. Woodward, Jr.* <br> Stanley E. Woodward, Jr. <br> BRAND WOODWARD LAW, LP <br> 400 Fifth Street NW, Ste 350 <br> Washington, DC 20001 <br> (202) 996-7447 (telephone) <br> (202) 996-0113 (facsimile) <br> stanley@brandwoodwardlaw.com | */s/ John S. Irving, IV* <br> John S. Irving, IV <br> E&W LAW, LLC <br> 1455 Pennsylvania Ave NW <br> Ste 400 <br> Washington, DC 20004 <br> (301) 807-5670 <br> john.irving@earthandwatergroup.com |
| */s/ Richard C. Klugh* <br> Richard C. Klugh <br> Fla. Bar No. 109069 <br> LAW OFFICE OF RICHARD C. KLUGH <br> 40 N.W. 3rd Street, PH1 <br> Miami, FL 33128 <br> (305) 536-1191 (telephone) <br> (305) 536-2170 (facsimile) <br> rickklu@aol.com | */s/ Larry Donald Murrell, Jr.* <br> Larry Donald Murrell, Jr. <br> Fla. Bar No. 326641 <br> L.D. MURRELL, P.A. <br> 400 Executive Center Drive, Ste 201 <br> West Palm Beach, FL 33401 <br> (561) 686-2700 (telephone) <br> (561) 686-4567 (facsimile) <br> ldmpa@bellsouth.net |
| *Counsel for Defendant-Appellee Waltine Nauta* | *Counsel for Defendant-Appellee Carlos De Oliveira* |

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

Counsel for President Donald J. Trump hereby certifies pursuant to Federal Rules of Appellate Procedure 27(d), 32(a), and 32(g) that this motion is proportionately spaced, has a typeface of 14 points, and contains 463 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f).

September 17, 2024

*/s/ Kendra L. Wharton*
Kendra L. Wharton

# CERTIFICATE OF SERVICE

Counsel for President Donald J. Trump hereby certifies that on September 17, 2024, the foregoing motion was filed with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit using the Court's electronic filing system. Counsel further certifies that all participants in the case are represented by counsel registered with the electronic filing system and that service will be accomplished by that system.

September 17, 2024               */s/ Kendra L. Wharton*
                                 Kendra L. Wharton