# In the
# United States Court of Appeals
## For the Eleventh Circuit

───────────────

No. 24-12311

───────────────

UNITED STATES OF AMERICA,

                                                    Plaintiff-Appellant,

*versus*

DONALD J. TRUMP,
WALTINE NAUTA,
CARLOS DE OLIVEIRA,

                                                    Defendants-Appellees.

───────────────

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:23-cr-80101-AMC

───────────────

ORDER:

The motion for an extension of time to and including October 25, 2024 to file Appellee's response brief is GRANTED, with the appendix, if any, due 7 days after the filing of the brief.

.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION