# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12311

_____

UNITED STATES OF AMERICA,

                                                                                 Plaintiff-Appellant,

*versus*

DONALD J. TRUMP,
WALTINE NAUTA,
CARLOS DE OLIVEIRA,

                                                                                Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:23-cr-80101-AMC

_____

ORDER:

Motion for leave to file brief of Amici Curiae, Citizens for Responsibility and Ethics in Washington, Nancy Gertner, Stephen Gillers, and James J. Sample, in support of the Appellant is GRANTED.

Motion for leave to file brief of Amici Curiae, Constitutional Lawyers, Former Government Officials, and State Democracy Defenders Action, in support of Appellant is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION