# No. 24-12311-J

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

UNITED STATES OF AMERICA,

*Plaintiff/appellant,*

v.

WALTINE NAUTA,

*Defendant/appellee.*

---

On Appeal from the United States District Court
for the Southern District of Florida

---

APPELLEE WALTINE NAUTA'S UNOPPOSED MOTION FOR
3-DAY EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

---

| | |
|---|---|
| Richard C. Klugh, Esq. | Stanley E. Woodward, Jr. |
| RICHARD C. KLUGH, P.A. | BRAND WOODWARD LAW, LP |
| Counsel for Appellant | Counsel for Appellant |
| 40 N.W. 3rd Street, PH1 | 400 Fifth Street NW, Ste 350 |
| Miami, Florida 33128 | Washington, DC 20001 |
| Tel. No. (305) 536-1191 | Tel. No. (202) 996-7447 |

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

*United States v. Waltine Nauta*, **Case No. 24-12311-J**

Appellee, Waltine Nauta, files this Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1.

Advance Publications, Inc.

Alonso, Cristina

America First Legal Foundation

American Broadcasting Companies, Inc., d/b/a ABC News

Ayer, Donald

Blackman, Joshua

Blanche, Todd

Bloomberg, L.P.

Bove, Emil

Bowman, Chad

Bratt, Jay

Cable News Network, Inc.

Calabresi, Steven

Caldera, Louis

Cannon, Hon. Aileen

Cate, Matthew

**United States v. Waltine Nauta, Case No. 24-12311-J**
**Certificate of Interested Persons (Continued)**

CBS Broadcasting, Inc. o/b/o CBS News

Citizens for Responsibility and Ethics in Washington

Citizens United

Citizens United Foundation

CMG Media Corporation

Coleman, Tom

Conway, George

Cooney, J.P.

Couzo, Amber Aurora

Cox Enterprises, Inc. (COX) d/b/a The Atlanta Journal-Constitution

Dadan, Sasha

De Oliveira, Carlos

Dow Jones & Company, Inc., publisher of The Wall Street Journal

Dreeben, Michael

Edelstein, Julie

Fields, Lazaro

Fitzgerald, Patrick

Fort Myers Broadcasting Company

Fugate, Rachel Elise

United States v. Waltine Nauta, Case No. 24-12311-J
Certificate of Interested Persons (Continued)

Garland, Merrick B.

Gerson, Stuart

Gertner, Nancy

Gilbert, Karen E.

Gillers, Stephen

Goodman, Hon. Jonathan

Gray Media Group, Inc. (GTN)

Guardian News & Media Limited

Harbach, David

Hirsch, Steven A.

Hulser, Raymond

Insider, Inc.

Irving, John

Kise, Christopher

Klugh, Richard C.

Lacovara, Philip Allen

Landmark Legal Foundation

Lawson, Gary

Los Angeles Times Communications LLC, publisher of The Los
    Angeles Times

**United States v. Waltine Nauta, Case No. 24-12311-J
Certificate of Interested Persons (Continued)**

Maynard, Hon. Shaniek Mills

McElroy, Dana Jane

McKay, John

McNamara, Anne

Meese, Edwin

Mishkin, Maxwell

Mukasey, Hon. Michael B.

Murrell, Larry Donald

National Cable Satellite Corporation d/b/a C-SPAN

National Public Radio, Inc.

Nauta, Waltine

NBCUniversal Media, LLC d/b/a NBC News, a subsidiary of

    Comcast Corporation (CMCSA)

Orlando Sentinel Media Group, publisher of the Orlando Sentinel

Pearce, James

Pellettieri, John

Politico LLC

Potter, Trevor

Radio Television Digital News Association

Raskin, David

Raul, Alan Charles

United States v. Waltine Nauta, Case No. 24-12311-J
Certificate of Interested Persons (Continued)

Reeder, L. Martin Jr.

Reinhart, Hon. Bruce E.

Reuters News & Media, Inc.

Reynolds, Brett

Russell, Lauren

Salario, Samuel

Sample, James J.

Sasso, Michael

Schaerr, Gene

Seligman, Matthew A.

Smith, Abbe

Smith, Fern

Smith, Jack

State Democracy Defenders Action

Sun-Sentinel Company, LLC, publisher of the South Florida Sun Sentinel

TEGNA, Inc. (TGNA)

Telemundo Network Group, LLC d/b/a Noticias Telemundo

Thakur, Michael

The Associated Press

The E.W. Scripps Company (SSP)

**United States v. Waltine Nauta, Case No. 24-12311-J**
**Certificate of Interested Persons (Continued)**

The McClatchy Company, LLC (MNI) d/b/a the Miami Herald

The New York Times Company (NYT)

The Palm Beach Post and USA TODAY, publications operated by

    subsidiaries of Gannett Co., Inc. (GCI)

Thompson, Larry

Tillman, Seth Barrett

Tobin, Charles

Torres, Hon. Edwin

Trent, Edward H.

Tribe, Laurence

Troye, Olivia

Trump, President Donald J.

Trusty, James

Twardy, Stanley

United States of America

Univision Networks & Studios, Inc.

# APPELLEE WALTINE NAUTA'S UNOPPOSED MOTION FOR 3-DAY EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

Appellee, Waltine Nauta, through undersigned counsel, respectfully requests that the Court grant an extension of time of three (3) days for the filing of his answer brief.

1.    The appellee's answer brief is due to be filed on October 25, 2024. One prior 30-day extension of time has been granted. The extension is sought because of the complexity of the constitutional and procedural issues and relevant procedural history in this case and counsel's conflicting schedule demands. The defendant is not incarcerated.

2.    This extension of time is sought to allow appellate counsel additional time to finalize the appellee's answer brief, including review and analysis of the numerous citations in the appellant's initial brief and to complete research on the core merits and procedural issues of the appeal, involving the Appointments Clause and the Appropriations Clause.

3.    Counsel sought to complete work on the answer brief within the present deadline, but intervening circumstances, including that appellee's counsel have been required to address time-sensitive matters in pending criminal cases, have necessitated the filing of this motion. Undersigned counsel (Mr. Klugh) is required to represent a government witness in a federal criminal trial on October 25, 2024, and has been required to engage in pretrial preparation meetings this week in that matter, which was delayed from earlier in the week. Counsel also must meet a pretrial filing deadline in

1

*United States v. Roussonicolos*, S.D. Fla. No. 21-cr-60273, on October 25, 2024, and counsel recently recovered from being out of the office with Covid, which also hampered completion of the answer brief in this case. Counsel has sought to coordinate with other appellees in the case, and the extension of time as to this appellee will help to insure that there is no unnecessary duplication of briefing. Granting the requested extension of time (amounting to one business day) is warranted and would serve the interests of justice and judicial economy.

      4.    Counsel for the government, Assistant Special Counsel James I. Pearce, advises that the government does not oppose this motion, conditioned on this being the final extension of time for appellee Nauta's brief.

      WHEREFORE, appellee Waltine Nauta, respectfully moves to extend the time to file his answer brief by three (3) days to October 28, 2024.

Respectfully submitted,

/s/ Stanley E. Woodward, Jr.  
Stanley E. Woodward, Jr.  
BRAND WOODWARD LAW, LP  
400 Fifth Street NW, Ste 350  
Washington, DC 20001  
(202) 996-7447 (telephone)  

/s/ Richard C. Klugh  
Richard C. Klugh  
RICHARD C. KLUGH, P.A.  
40 N.W. 3rd Street, PH1  
Miami, FL 33128  
(305) 536-1191 (telephone)

Counsel for Defendant-Appellee Waltine Nauta

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion contains 404 words and complies with the typeface and type-style requirement of Fed. R. App. P. 32(a)(5) and (6) because it was prepared in a WordPerfect proportionally spaced Times New Roman 14-point font.

 s/ Richard C. Klugh  
Richard C. Klugh, Esq.
