# In the
# United States Court of Appeals
## For the Eleventh Circuit

---

No. 24-12311

---

UNITED STATES OF AMERICA,

                              Plaintiff-Appellant,

*versus*

DONALD J. TRUMP,
WALTINE NAUTA,
CARLOS DE OLIVEIRA,

                              Defendants-Appellees.

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:23-cr-80101-AMC

---

2                        Order of the Court                        24-12311

ORDER:

The motion for an extension of time to and including October 28, 2024 to file Appellee's response brief is GRANTED, with the appendix, if any, due 7 days after the filing of the brief.

.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION