# In the
# United States Court of Appeals
## For the Eleventh Circuit

---

No. 24-12311

---

UNITED STATES OF AMERICA,

                                                                Plaintiff-Appellant,

*versus*

DONALD J. TRUMP,
WALTINE NAUTA,
CARLOS DE OLIVEIRA,

                                                               Defendants-Appellees.

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:23-cr-80101-AMC

---

ORDER:

Motion for leave to file brief of Amici Curiae Robert W. Ray, Professor Seth Barrett Tillman, and Landmark Legal Foundation, support Appellees is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION