# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

**Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq.** An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available at www.ca11.uscourts.gov.

**Please Type or Print**

Court of Appeals No. __24-12311__

__United States of America__ vs. __Donald J. Trump, et al.__

The Clerk will enter my appearance for these named parties or amici curiae (you must list all parties or amici; use extra pages if necessary):

America's Future, America First Policy Institute, Gun Owners of America, Gun Owners Foundation,

Gun Owners of California, U.S. Constitutional Rights Legal Defense Fund, Public Advocate of the U.S.,

One Nation Under God Foundation, and Conservative Legal Defense and Education Fund

These individuals/entities are:

- [ ] appellant(s)
- [ ] petitioner(s)
- [ ] intervenor(s)
- [ ] appellee(s)
- [ ] respondent(s)
- [x] amicus curiae

- [ ] The following related or similar cases are pending in this court:

_____

- [x] Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the Clerk of this court within 14 days of any changes in the status of my state bar memberships. *See* 11th Cir. R. 46-7.

State Bar: __Virginia__    State Bar No.: __5669__

Signature: __/s/ Patrick M. McSweeney__

Name (type or print): __Patrick M. McSweeney__    Phone: __(804) 937-0895__

Firm/Govt. Office: __McSweeney, Cynkar & Kachouroff, PLLC__    E-mail: _____

Street Address: __3358 John Tree Hill Road__    Fax: _____

City: __Powhatan__    State: __VA__    Zip: __23139__

Revised 12/21