No. 24-12311

# United States Court of Appeals
# for the Eleventh Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellant*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the Southern District of Florida
No. 9:23-cr-80101-AMC; Hon. Aileen Cannon

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* FORMER ATTORNEYS GENERAL EDWIN MEESE III AND MICHAEL B. MUKASEY, PROFESSORS STEVEN CALABRESI AND GARY LAWSON, CITIZENS UNITED, AND CITIZENS UNITED FOUNDATION IN SUPPORT OF APPELLEES AND AFFIRMANCE**

MICHAEL BOOS
DANIEL H. JORJANI
CITIZENS UNITED
CITIZENS UNITED FOUNDATION
1006 Pennsylvania Avenue, S.E.
Washington, DC 20003

GENE C. SCHAERR
  *Counsel of Record*
KENNETH A. KLUKOWSKI
JUSTIN A. MILLER
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
gschaerr@schaerr-jaffe.com

*Counsel for Amici Curiae*

No. 24-12311

*USA v. Donald Trump, et al.*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 through 26.1-3, and in addition to those persons and entities identified by the Appellants, Appellees, and other *Amici*, *Amici* here identify all additional attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case:

1.  Advance Publications, Inc.

2.  Alonso, Cristina

3.  America First Legal Foundation

4.  America First Policy Institute

5.  America's Future

6.  American Broadcasting Companies, Inc., d/b/a ABC News

7.  American Center for Law and Justice

8.  Ayer, Donald

9.  Bailey, Andrew

10. Bell, Daniel

11. Berry, Michael

12. Bird, Brenna

No. 24-12311

*USA v. Donald Trump, et al.*

13. Blackman, Joshua

14. Blanche, Todd

15. Bloomberg, L.P.

16. Bondi, Pamela J.

17. Boos, Michael

18. Bove, Emil

19. Bowman, Chad

20. Bratt, Jay

21. Cable News Network, Inc.

22. Calabresi, Steven

23. Caldera, Louis

24. Cannon, Hon. Aileen

25. Cate, Matthew

26. CBS Broadcasting, Inc. o/b/o CBS News

27. Citizens for Responsibility and Ethics in Washington

28. Citizens United

29. Citizens United Foundation

30. CMG Media Corporation

31. Coleman, Russell

No. 24-12311
*USA v. Donald Trump, et al.*

32. Coleman, Tom

33. Commonwealth of Kentucky

34. Conservative Legal Defense and Education Fund

35. Conway, George

36. Cooney, J.P.

37. Couzo, Amber Aurora

38. Cox Enterprises, Inc. (COX) d/b/a The Atlanta Journal-Constitution

39. Cynkar, Robert J.

40. Dadan, Sasha

41. De Oliveira, Carlos

42. Dow Jones & Company, Inc., publisher of The Wall Street Journal

43. Dreeben, Michael

44. Drummond, Gentner

45. Edelstein, Julie

46. Ekonomou, Andrew J.

47. Fields, Lazaro

48. Fitch, Lynn

No. 24-12311

*USA v. Donald Trump, et al.*

49.  Fitzgerald, Patrick

50.  Forrester, Nathan

51.  Fort Myers Broadcasting Company

52.  Fugate, Rachel Elise

53.  Garland, Merrick B.

54.  Gerson, Stuart

55.  Gertner, Nancy

56.  Gilbert, Karen E.

57.  Gillers, Stephen

58.  Goodman, Hon. Jonathan

59.  Gray Media Group, Inc. (GTN)

60.  Griffin, Tim

61.  Guardian News & Media Limited

62.  Gun Owners Foundation

63.  Gun Owners of America

64.  Gun Owners of California

65.  Harbach, David

66.  Hilgers, Michael T.

67.  Hirsch, Steven A.

No. 24-12311

*USA v. Donald Trump, et al.*

68.   Hulser, Raymond

69.   Insider, Inc.

70.   Irving, John

71.   Jackley, Marty J.

72.   Jorjani, Daniel H.

73.   Kise, Christopher

74.   Klugh, Richard C.

75.   Klukowski, Kenneth A.

76.   Knudsen, Austin

77.   Kobach, Kris

78.   Labrador, Raúl R.

79.   Lacovara, Philip Allen

80.   Landmark Legal Foundation

81.   Lawson, Gary

82.   Li, XiXi

83.   Los Angeles Times Communications LLC, publisher of The Los
      Angeles Times

84.   Marshall, Steve

85.   Maynard, Hon. Shaniek Mills

No. 24-12311
*USA v. Donald Trump, et al.*

86.  McElory, Dana Jane

87.  McKay, John

88.  McNamara, Anne

89.  McSweeney, Cynkar & Kachouroff, PLLC

90.  McSweeney, Patrick

91.  Meese, Hon. Edwin III.

92.  Miller, Justin A.

93.  Mishkin, Maxwell

94.  Moelker, Nathan J.

95.  Monson, Darrick

96.  Moody, Ashley

97.  Morgan, Jeremiah L.

98.  Morrisey, Patrick

99.  Mukasey, Michael B.

100. Murrell, Larry Donald

101. Murrill, Liz

102. National Cable Satellite Corporation d/b/a C-SPAN

103. National Public Radio, Inc.

104. Nauta, Waltine

No. 24-12311

*USA v. Donald Trump, et al.*

105. NBCUniversal Media, LLC d/b/a NBC News, a subsidiary of Comcast Corporation (CMCSA)

106. Nielson, Aaron L.

107. Olson, William J.

108. One Nation Under God Foundation

109. Orlando Sentinel Media Group, publisher of the Orlando Sentinel

110. Paxton, Ken

111. Pearce, James

112. Pellettieri, John

113. Pettit, Lanora C.

114. POLITICO LLC

115. Potter, Trevor

116. Public Advocate of the United States

117. Radio Television Digital News Association

118. Rakin, David

119. Raul, Alan Charles

120. Ray, Robert W.

121. Reeder, L. Martin Jr.

No. 24-12311
*USA v. Donald Trump, et al.*

122.  Reinhart, Hon. Bruce E.

123.  Reuters News & Media, Inc.

124.  Reyes, Sean

125.  Reynolds, Brett

126.  Rokita, Theodore E.

127.  Roth, Stuart J.

128.  Russell, Lauren

129.  Salario, Samuel

130.  Sample, James J.

131.  Sasso, Michael

132.  Schaerr, Gene C.

133.  Schaerr | Jaffe LLP

134.  Sekulow, Jay Alan

135.  Sekulow, Jordan

136.  Seligman, Matthew A.

137.  Sisney, Benjamin P.

138.  Skrmetti, Jonathan

139.  Smith, Abbe

140.  Smith, Fern

No. 24-12311
*USA v. Donald Trump, et al.*

141.  Smith, Jack

142.  State Democracy Defenders Action

143.  State of Alabama

144.  State of Alaska

145.  State of Arkansas

146.  State of Florida

147.  State of Idaho

148.  State of Indiana

149.  State of Iowa

150.  State of Kansas

151.  State of Louisiana

152.  State of Mississippi

153.  State of Missouri

154.  State of Montana

155.  State of Nebraska

156.  State of Oklahoma

157.  State of South Carolina

158.  State of South Dakota

159.  State of Tennessee

No. 24-12311
*USA v. Donald Trump, et al.*

160. State of Texas

161. State of Utah

162. State of West Virginia

163. Steinmann, Jessica Hart

164. Sun-Sentinel Company, LLC, publisher of the South Florida Sun Sentinel

165. Taylor, Treg

166. TEGNA, Inc. (TGNA)

167. Telemundo Network Group, LLC d/b/a Noticias Telemundo

168. Thakur, Michael

169. The Associated Press

170. The E.W. Scripps Company (SSP)

171. The McClatchy Company, LLC (MNI) d/b/a the Miami Herald

172. The New York Times Company (NYT)

173. The Palm Beach Post and USA TODAY, publications operated by subsidiaries of Gannett Co., Inc. (GCI)

174. Thompson, Larry

175. Tillman, Seth Barrett

176. Tobin, Charles

No. 24-12311
*USA v. Donald Trump, et al.*

177.  Torres, Hon. Edwin

178.  Trent, Edward H.

179.  Tribe, Laurence

180.  Troye, Olivia

181.  Trump, President Donald J.

182.  Trusty, James

183.  Twardy, Stanley

184.  United States of America

185.  Univision Networks & Studios, Inc.

186.  U.S. Constitutional Rights Legal Defense Fund

187.  VanDevender, Cecil

188.  Webster, Brent

189.  Weiss, Stephen

190.  Weld, William

191.  Wessan, Eric H.

192.  Wharton, Kendra

193.  Whitaker, Henry

194.  Whitaker, Matthew

195.  Whitman, Christine Todd

No. 24-12311

*USA v. Donald Trump, et al.*

196. William J. Olson, P.C.

197. Wilson, Alan

198. Woodward, Stanley

199. WP Company LLC d/b/a The Washington Post

200. WPLG, Inc.

*Amici* state that no publicly traded company or corporation has an interest in the outcome of this case or appeal.  Fed. R. of App. P. 26.1; 11th Cir. R. 26.1.

Citizens United is a nonprofit corporation headquartered in Washington, D.C., and recognized as a social welfare organization under Section 501(c)(4) of the Internal Revenue Code.  Citizens United Foundation is a nonprofit corporation headquartered in Washington, D.C., and recognized as an educational organization under Section 501(c)(3) of the Internal Revenue Code.  It has no parent corporation, has issued no stock, and as such, no publicly held company owns 10 percent or more of its stock.

None of these *amici* has a parent corporation or issued stock, therefore no publicly held company owns 10 percent or more of their stock.

No. 24-12311
*USA v. Donald Trump, et al.*

Respectfully submitted,

*/s/ Gene C. Schaerr*

GENE C. SCHAERR
KENNETH A. KLUKOWSKI
JUSTIN A. MILLER
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
gschaerr@schaerr-jaffe.com

MICHAEL BOOS
DANIEL H. JORJANI
CITIZENS UNITED
CITIZENS UNITED FOUNDATION
1006 Pennsylvania Avenue, S.E.
Washington, DC 20003
Telephone: (202) 547-5420

*Counsel for Amici Curiae*

November 1, 2024

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*
FORMER ATTORNEYS GENERAL EDWIN MEESE III AND
MICHAEL B. MUKASEY, PROFESSORS STEVEN CALABRESI
AND GARY LAWSON, CITIZENS UNITED, AND
CITIZENS UNITED FOUNDATION IN SUPPORT OF
APPELLEES AND AFFIRMANCE**

Former United States Attorneys General Edwin Meese III and Michael B. Mukasey, Professors Steven Calabresi and Gary Lawson, Citizens United, and Citizens United Foundation respectfully move this Court for leave to file the accompanying brief as *amici curiae* in support of Defendants, and in support of affirming the decision of the district court.

1.    Attorney General Meese has been a leading figure in American law for more than 40 years.  He served eight years in the Cabinet of President Ronald Reagan, first in the White House as Counselor to the President, then as the seventy-fifth Attorney General of the United States.  He is now the Ronald Reagan Distinguished Fellow Emeritus at the Heritage Foundation.  Attorney General Meese led the Department of Justice during the time that Independent Counsels were authorized by statute and has a distinctive perspective as to what the Constitution requires for the proper administration of justice with

regards to such officials, and how they differ from Special Counsels such as Jack Smith. This Court would benefit from Attorney General Meese's knowledge of Justice Department operations and legal authorities.

2.    Attorney General Mukasey served in the Cabinet of President George W. Bush as the eighty-first Attorney General of the United States after serving as a judge on the United States District Court for the Southern District of New York. Attorney General Mukasey led the Department of Justice following the promulgation of the Reno Regulations that Appellants say govern the appointment of Special Counsels.

3.    Professor Calabresi and Professor Lawson are leading scholars on the original public meaning of the Constitution. These professors have studied the Appointments Clause issue relevant to the prosecution of a former President of the United States, and their scholarship on this issue was published by one of the Nation's premiere legal journals, *Notre Dame Law Review*. Justices of the Supreme Court have cited their scholarship as helpful in informing the Court's deliberations. *See, e.g.*, *United States v. Vaello Madero*, 596 U.S. 159, 169 (2022) (Thomas, J., concurring) (citing Professor Calabresi); *id.* at 181,

185 n.1 (Gorsuch, J., concurring) (citing Professor Lawson). This Court would benefit from a presentation of their scholarship in this case.

4.    Citizens United (a 501(c)(4) social welfare organization) and Citizens United Foundation (a 501(c)(3)) educational and legal organization) are dedicated to restoring government to the people through by promoting federalism, free enterprise, individual liberty, and limited government. Their advocacy for the rule of law under the Constitution has resulted in legal precedents to advance these principles, most prominently in *Citizens United v. FEC*, 558 U.S. 310 (2010).

5.    Lead counsel for *Amici Curiae*, Gene C. Schaerr, is well-qualified to present this material to assist the Court. Mr. Schaerr served as law clerk to Chief Justice Warren Burger and Justice Antonin Scalia on the Supreme Court, later served as Associate Counsel to the President in the White House of President George H.W. Bush, and has argued seven cases before the Supreme Court, in addition to numerous cases in the courts of appeals and district courts.

6.    Leave to file this brief should be granted. *See, e.g.*, *People First of Ala. v. Sec'y of State, Ala.*, No. 20-13695-B, 2020 WL 6074333, at *1 (11th Cir. Oct. 13, 2020) (per curiam). This brief is timely filed within

7 days of Appellee's opening brief and is within the word limits of FED. R. APP. P. 29.  The parties do not oppose the filing of this brief.

7.    The *amicus* brief avoids repetition of the arguments of the parties and offers limited additional argument and authority for points not already fully developed in this case.  The Appointments Clause issue decided by the district court is of great import to the constitutional order in this Nation, and deserves thorough briefing and careful scholarship.  It is what the Supreme Court has labeled a structural constitutional issue.  *Freytag* v. *Comm'r*, 501 U.S. 868, 878–79 (1991).  The *amicus* brief contains detailed analysis and material from scholarly works showing that regardless of what one thinks about other issues in this prosecution, Jack Smith has no authority to prosecute.  Only persons properly appointed as federal officers to properly created federal offices can lead prosecutions.  Neither he nor his position of Special Counsel meets those criteria.  And that poses a serious problem for the rule of law.

8.    The district court found *amici*'s presentation of this material helpful in deciding to grant the Defendants' motion to dismiss this case, referencing many of *amici*'s points in the court's decision.  The Court is

likely to similarly find the accompanying material useful when deciding this appeal.

For these reasons, this Court should grant the motion for leave to file the accompanying *amicus* brief.

Dated: November 1, 2024                   Respectfully submitted,

                                          /s/ Gene C. Schaerr
                                          GENE C. SCHAERR
                                          KENNETH A. KLUKOWSKI
                                          JUSTIN A. MILLER
                                          SCHAERR | JAFFE LLP
                                          1717 K Street NW, Suite 900
                                          Washington, DC 20006
                                          Telephone: (202) 787-1060
                                          gschaerr@schaerr-jaffe.com

                                          MICHAEL BOOS
                                          DANIEL H. JORJANI
                                          CITIZENS UNITED
                                          CITIZENS UNITED FOUNDATION
                                          1006 Pennsylvania Avenue, S.E.
                                          Washington, DC 20003
                                          Telephone: (202) 547-5420

                                          *Counsel for Amici Curiae*

5

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. Rule 32(g), I hereby certify that the foregoing motion complies with the length limitations set forth in Fed. R. App. P. 27(d)(2)(A) because it contains 816 words as counted by Microsoft Word, excepting those portions excluded by Fed. R. App. P. 27(a)(2)(B). I further certify that the foregoing complies with the type-space and type-style requirements of Rules 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in Size 14 Century Schoolbook font.

*/s/ Gene C. Schaerr*
Gene C. Schaerr

Dated: November 1, 2024