## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 04, 2024

Kenneth Alan Klukowski
Schaerr Jaffe, LLP
1717 K ST NW STE 900
WASHINGTON, DC 20006

Appeal Number: 24-12311-SS
Case Style: USA v. Donald Trump, et al
District Court Docket No: 9:23-cr-80101-AMC

We have received your Appearance of Counsel Form. According to our records, you are a member of the Eleventh Circuit bar in inactive status. Unless an attorney is appearing on behalf of the United States, a federal public defender, or appointed for a particular proceeding, an attorney in inactive status may not practice before the court. See 11th Cir. R. 46-2.

In order to participate in this appeal, you must complete a Bar Membership Renewal Form and submit the form, along with the required fee, via the court's Electronic Case Files (ECF) system within 21 days from the date of this letter. The renewal form is available at www.ca11.uscourts.gov/attorney-forms-and-information. If your renewal form is not received within 21 days, any motions or other papers that have been conditionally filed in the appeal may be clerically stricken and treated as though they were never filed. Your appearance form will not be processed until your bar membership has been renewed.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

ATTY-1A Inactive status letter