# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12311

_____

UNITED STATES OF AMERICA,

                                                                   Plaintiff-Appellant,

*versus*

DONALD J. TRUMP,
WALTINE NAUTA,
CARLOS DE OLIVEIRA,

                                                                     Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:23-cr-80101-AMC

_____

ORDER:

Appellant's motion to hold this appeal in abeyance and stay the deadline for the reply brief until December 2, 2024 is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION