No. 24-12311-J

In the

# United States Court of Appeals

For the Eleventh Circuit

UNITED STATES OF AMERICA,
Appellant,

v.

WALTINE NAUTA
and CARLOS DE OLIVEIRA
Defendants-Appellees.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
District Court No. 9:23-CR-80101-AMC-1 (Cannon, J.)

**MOTION TO WITHDRAW APPEARANCES**

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1 and 26.1-2, the undersigned hereby certifies that the following is a list of persons and entities who have an interest in the outcome of this case:

1. Advance Publications, Inc.

2. Alonso, Cristina

3. America First Legal Foundation

4. America First Policy Institute

5. America's Future

6. American Broadcasting Companies, Inc., d/b/a ABC News

7. American Center for Law and Justice

8. Ayer, Donald

9. Bell, Daniel W.

10. Berry, Michael

11. Bird, Brenna

12. Blackman, Joshua

13. Blanche, Todd

14. Bloomberg, L.P.

15. Bondi, Pamela J.

16. Boos, Michael

17. Bove, Emil

18. Bowman, Chad

19. Bratt, Jay

20. Cable News Network, Inc.

21. Calabresi, Steven

22. Caldera, Louis

23. Cannon, Hon. Aileen

24. Cate, Matthew

25. CBS Broadcasting, Inc. o/b/o CBS News

26. Citizens for Responsibility and Ethics in Washington

27. Citizens United

28. Citizens United Foundation

29. CMG Media Corporation

30. Coleman, Russell

31. Coleman, Tom

32. Commonwealth of Kentucky

33. Conway, George

34. Conservative Legal Defense and Education Fund

35. Cooney, J.P.

36. Cox Enterprises, Inc. (COX) d/b/a The Atlanta Journal-Constitution

37. Cynkar, Robert J.

38. Dadan, Sasha

39. De Oliveira, Carlos

40. Dow Jones & Company, Inc., publisher of The Wall Street Journal

41. Dreeben, Michael

42. Drummond, Gentner

43. Edelstein, Julie

44. Ekonomou, Andrew J.

45. Fields, Lazaro

46. Fitzgerald, Patrick

47. Forrester, Nathan A.

48. Fort Myers Broadcasting Company

49. Gerson, Stuart

50. Gertner, Nancy

51. Gillers, Stephen

52. Goodman, Hon. Jonathan

53. Gray Media Group, Inc. (GTN)

54. Griffin, Tim

55. Guardian News & Media Limited

56. Gun Owners Foundation

57. Gun Owners of America

58. Gun Owners of California

59. Harbach, David

60. Heigis, Eric

61. Henneke, Robert

62. Hilgers, Michael T.

63. Hirsch, Steven A.

64. Hulser, Raymond

65. Insider, Inc.

66. Irving, John

67. Jackley, Marty J.

68. Jorjani, Daniel H.

69. Kise, Christopher

70. Klukowski, Kenneth A.

71. Knudsen, Austin

72. Kobach, Kris

73. Kozinski, Alex

74. Labrador, Raúl R.

75. Lacovara, Philip Allen

76. Landmark Legal Foundation

77. Lawson, Gary

78. Los Angeles Times Communications LLC, publisher of The Los Angeles Times

79. Marshall, Steve

80. Maynard, Hon. Shaniek Mills

81. McKay, John

82. McNamara, Anne

83. McSweeney, Patrick M.

84. Meese, Edwin

85. Miller, Justin A.

86. Miller, Matthew

87. Mishkin, Maxwell

88. Moelker, Nathan J.

89. Moody, Ashley

90. Monson, Darrick W.

91. Morgan, Jeremiah L.

92. Morrisey, Patrick

93. Mukasey, Hon. Michael B.

94. Murrell, Larry Donald

95. National Cable Satellite Corporation d/b/a C-SPAN

76. Landmark Legal Foundation

77. Lawson, Gary

78. Los Angeles Times Communications LLC, publisher of The Los Angeles Times

79. Marshall, Steve

80. Maynard, Hon. Shaniek Mills

81. McKay, John

82. McNamara, Anne

83. McSweeney, Patrick M.

84. Meese, Edwin

85. Miller, Justin A.

86. Miller, Matthew

87. Mishkin, Maxwell

88. Moelker, Nathan J.

89. Moody, Ashley

90. Monson, Darrick W.

91. Morgan, Jeremiah L.

92. Morrisey, Patrick

93. Mukasey, Hon. Michael B.

94. Murrell, Larry Donald

95. National Cable Satellite Corporation d/b/a C-SPAN

96. National Public Radio, Inc.

97. Nauta, Waltine

98. NBCUniversal Media, LLC d/b/a NBC News, a subsidiary of Comcast Corporation (CMCSA)

99. Nielson, Aaron L.

100. Olson, William J.

101. One Nation Under God Foundation

102. Orlando Sentinel Media Group, publisher of the Orlando Sentinel

103. Paxton, Ken

104. Pearce, James

105. Pellettieri, John

106. Pettit, Lanora C.

107. POLITICO LLC

108. Potter, Trevor

109. Public Advocate of the United States

110. Radio Television Digital News Association

111. Raul, Alan Charles

112. Ray, Robert W.

113. Reinhart, Hon. Bruce E.

114. Reuters News & Media, Inc.

115. Reyes, Sean

116. Rokita, Theodore E.

117. Roth, Stuart J.

118. Russell, Lauren

119. Salario, Samuel

120. Sample, James J.

121. Sasso, Michael

122. Schaerr, Gene

123. Sekulow, Jay Alan

124. Sekulow, Jordan

125. Seligman, Matthew

126. Sisney, Benjamin P.

127. Skrmetti, Jonathan

128. Smith, Abbe

129. Smith, Fern

130. Smith, Jack

131. State Democracy Defenders Action

132. State of Alabama

133. State of Alaska

134. State of Arkansas

135. State of Florida

136. State of Idaho

137. State of Indiana

138. State of Iowa

139. State of Kansas

140. State of Louisiana

141. State of Mississippi

142. State of Missouri

143. State of Montana

144. State of Nebraska

145. State of Oklahoma

146. State of South Carolina

147. State of South Dakota

148. State of Tennessee

149. State of Texas

150. State of Utah

151. State of West Virginia

152. Steinman, Jessica Hart

153. Sun-Sentinel Company, LLC, publisher of the South Florida Sun Sentinel

154. TEGNA, Inc. (TGNA)

155. Telemundo Network Group, LLC d/b/a Noticias Telemundo

156. Texas Public Policy Foundation

157. Thakur, Michael

158. The Associated Press

159. The E.W. Scripps Company (SSP)

160. The McClatchy Company, LLC (MNI) d/b/a the Miami Herald

161. The New York Times Company (NYT)

162. The Palm Beach Post and USA TODAY, publications operated by subsidiaries of Gannett Co., Inc. (GCI)

163. Thompson, Larry

164. Tillman, Seth Barrett

165. Tobin, Charles

166. Torres, Hon. Edwin

167. Treg, Taylor

168. Trent, Edward H.

169. Tribe, Laurence

170. Troye, Olivia

171. Trump, Donald J.

172. Trusty, James

173. Twardy, Stanley

174. United States of America

175. Univision Networks & Studios, Inc.

176. U.S. Constitutional Rights Legal Defense Fund

177. VanDevender, Cecil

178. Webster, Brent

179. Weiss, Stephen

180. Weld, William

181. Weldon, Chance

182. Wessan, Eric H.

183. Wharton, Kendra

184. Whitaker, Henry C.

185. Whitaker, Matthew

186. Whitman, Christine Todd

187. Wilson, Alan

188. Woodward, Stanley

189. WP Company LLC d/b/a The Washington Post

190. WPLG, Inc.

Respectfully submitted,

JACK SMITH
Special Counsel

By: /s/ James I. Pearce
JAMES I. PEARCE
Assistant Special Counsel
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Pursuant to Federal Rule of Appellate Procedure 27 and Eleventh Circuit Rule 27-1, the United States of America moves to withdraw from this case the following attorneys: Jay I. Bratt, David V. Harbach, II, James I. Pearce, John M. Pellettieri, and Cecil W. VanDevender. Those attorneys are associated with the Special Counsel's Office, which initiated the criminal prosecution from which this appeal arose. The Special Counsel has now referred this case to the United States Attorney's Office for the Southern District of Florida, which has separately entered an appearance.

Respectfully submitted,

JACK SMITH
Special Counsel

/S/ JAMES I. PEARCE
Assistant Special Counsel
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Rm. B-206
Washington, D.C. 20530

# CERTIFICATE OF COMPLIANCE

This motion contains 89 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

/s/James I. Pearce
James I. Pearce
Assistant Special Counsel

# CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system. I further certify that appellees' counsel are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/James I. Pearce
James I. Pearce
Assistant Special Counsel
