No. 24-12311-J

In the United States Court of Appeals
for the Eleventh Circuit

---

UNITED STATES OF AMERICA,
Plaintiff-Appellant,

v.

WALTINE NAUTA and CARLOS DE
OLIVEIRA
Defendants-Appellees.

---

On Appeal from the United States District Court for the
Southern District of Florida, No. 23 Cr. 80101 (Cannon, J.)

---

**MOTION FOR LEAVE TO FILE BRIEF OF PRESIDENT
DONALD J. TRUMP AS *AMICUS CURIAE***

---

Emil Bove
Todd Blanche
Kendra Wharton
Blanche Law PLLC
99 Wall Street, Suite 4460
New York, New York 10005

*Counsel for
President Donald J. Trump*

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 and 26.1-2, the undersigned counsel hereby certifies that the following is a list of persons and entities who have an interest in the outcome of this case:

1. Advance Publications, Inc.
2. Alonso, Cristina
3. America First Legal Foundation
4. America First Policy Institute
5. American Broadcasting Companies, Inc., d/b/a ABC News
6. American Center for Law and Justice
7. America's Future
8. Ayer, Donald
9. Bailey, Andrew
10. Bell, Daniel
11. Berry, Michael
12. Bird, Brenna
13. Blackman, Joshua
14. Blanche, Todd
15. Bloomberg, L.P.

16. Bondi, Pamela J.

17. Boos, Michael

18. Bove, Emil

19. Bowman, Chad

20. Bratt, Jay

21. Cable News Network, Inc.

22. Calabresi, Steven

23. Caldera, Louis

24. Cannon, Hon. Aileen

25. Cate, Matthew

26. CBS Broadcasting, Inc. o/b/o CBS News

27. Citizens for Responsibility and Ethics in Washington

28. Citizens United

29. Citizens United Foundation

30. CMG Media Corporation

31. Coleman, Russell

32. Coleman, Tom

33. Commonwealth of Kentucky

34. Conservative Legal Defense and Education Fund

35. Conway, George

36. Cooney, J.P.

37. Couzo, Amber Aurora

38. Cox Enterprises, Inc. (COX) d/b/a The Atlanta Journal- Constitution

39. Cynkar, Robert J.

40. Dadan, Sasha

41. De Oliveira, Carlos

42. Dow Jones & Company, Inc., publisher of The Wall Street Journal

43. Dreeben, Michael

44. Drummond, Gentner

45. Edelstein, Julie

46. Ekonomou, Andrew J.

47. Fields, Lazaro

48. Fitch, Lynn

49. Fitzgerald, Patrick

50. Forrester, Nathan

51. Fort Myers Broadcasting Company

52. Freeman, Mark R.

53. Fugate, Rachel Elise

54. Garland, Merrick B.

55. Gerson, Stuart

56. Gertner, Nancy

57. Gilbert, Karen E.

58. Gillers, Stephen

59. Goodman, Hon. Jonathan

60. Gray Media Group, Inc. (GTN)

61. Griffin, Tim

62. Guardian News & Media Limited

63. Gun Owners Foundation

64. Gun Owners of America

65. Gun Owners of California

66. Harbach, David

67. Heigis, Eric

68. Henneke, Robert

69. Hilgers, Michael T.

70. Hirsch, Steven A.

71. Hulser, Raymond

72. Insider, Inc.

73. Irving, John

74. Jackley, Marty J.

75. Jorjani, Daniel H.

76. Kise, Christopher

77. Klugh, Richard C.

78. Klukowski, Kenneth A.

79. Knudsen, Austin

80. Kobach, Kris

81. Kozinski, Alex

82. Labrador, Raúl R.

83. Lacovara, Philip Allen

84. Landmark Legal Foundation

85. Lapointe, Markenzy

86. Lawson, Gary

87. Li, XiXi

88. Los Angeles Times Communications LLC, publisher of The Los Angeles Times

89. Marshall, Steve

90. Maynard, Hon. Shaniek Mills

91. McElroy, Dana Jane

92. McKay, John

93. McNamara, Anne

94. McSweeney, Patrick M.

95. Meese, Edwin

96. Miller, Justin A.

97. Miller, Matthew

98. Mishkin, Maxwell

99. Moelker, Nathan J.

100. Monson, Darrick

101. Moody, Ashley

102. Morgan, Jeremiah L.

103. Morrisey, Patrick

104. Mukasey, Hon. Michael B.

105. Murrell, Larry Donald

106. Murrill, Liz

107. National Cable Satellite Corporation d/b/a C-SPAN

108. National Public Radio, Inc.

109. Nauta, Waltine

110. NBCUniversal Media, LLC d/b/a NBC News, a subsidiary of Comcast Corporation (CMCSA)

111. Nielson, Aaron L.

112. Olson, William J.

113. One Nation Under God Foundation

114. Orlando Sentinel Media Group, publisher of the Orlando Sentinel

115. Paxton, Ken

116. Pearce, James

117. Pellettieri, John

118. Pettit, Lanora C.

119. POLITICO LLC

120. Potter, Trevor

121. Public Advocate of the United States

122. Radio Television Digital News Association

123. Raskin, David

124. Raul, Alan Charles

125. Ray, Robert W.

126. Reeder, L. Martin Jr.

127. Reinhart, Hon. Bruce E.

128. Reuters News & Media, Inc.

129. Reyes, Sean

130. Reynolds, Brett

131. Rokita, Theodore E.

132. Roth, Stuart J.

133. Russell, Lauren

134. Salario, Samuel

135. Sample, James J.

136. Sasso, Michael

137. Schaerr, Gene C.

138. Sekulow, Jay Alan

139. Sekulow, Jordan

140. Seligman, Matthew A.

141. Sisney, Benjamin P.

142. Skrmetti, Jonathan

143. Smith, Abbe

144. Smith, Fern

145. Smith, Jack

146. State Democracy Defenders Action

147. State of Alabama

148. State of Alaska

149. State of Arkansas

150. State of Florida

151. State of Idaho

152. State of Indiana

153. State of Iowa

154. State of Kansas

155. State of Louisiana

156. State of Mississippi

157. State of Missouri

158. State of Montana

159. State of Nebraska

160. State of Oklahoma

161. State of South Carolina

162. State of South Dakota

163. State of Tennessee

164. State of Texas

165. State of Utah

166. State of West Virginia

167. Steinmann, Jessica Hart

168. Sun-Sentinel Company, LLC, publisher of the South Florida Sun Sentinel

169. Taylor, Treg

170. TEGNA, Inc. (TGNA)

*United States v. Waltine Nauta, et ano, No. 24-12311-J*

171. Telemundo Network Group, LLC d/b/a Noticias Telemundo

172. Texas Public Policy Foundation

173. Thakur, Michael

174. The Associated Press

175. The E.W. Scripps Company (SSP)

176. The McClatchy Company, LLC (MNI) d/b/a the Miami Herald

177. The New York Times Company (NYT)

178. The Palm Beach Post and USA TODAY, publications operated by subsidiaries of Gannett Co., Inc. (GCI)

179. Thompson, Larry

180. Tillman, Seth Barrett

181. Tobin, Charles

182. Torres, Hon. Edwin

183. Trent, Edward H.

184. Tribe, Laurence

185. Troye, Olivia

186. Trump, President Donald J.

187. Trusty, James

188. Twardy, Stanley

189. United States of America

190. Univision Networks & Studios, Inc.

191. U.S. Constitutional Rights Legal Defense Fund

192. VanDevender, Cecil

193. Webster, Brent

194. Weiss, Stephen

195. Weld, William

196. Weldon, Chance

197. Wessan, Eric H.

198. Wharton, Kendra

199. Whitaker, Henry C.

200. Whitaker, Matthew

201. Whitman, Christine Todd

202. Wilson, Alan

203. Woodward, Stanley

204. WP Company LLC d/b/a The Washington Post

205. WPLG, Inc.

Dated: January 8, 2025         */s/ Kendra L. Wharton*
                                Kendra L. Wharton

# ARGUMENT

President Trump seeks leave, pursuant to Federal Rule of Appellate Procedure 29(a)(2) to participate as *amicus curiae* and respectfully requests that the Court file the attached brief.

First, President Trump has an interest in this proceeding. FED. R. APP. P. 29(a)(3)(A). He is a subject of the Final Report. He is also the President-elect and soon-to-be 47th President of the United States. He thus has an interest in a smooth, orderly transition and in the effective vesting of executive power that publication of the Final Report threatens.

Second, the "brief is desirable . . . and relevant to the disposition of the" motion. FED. R. APP. P. 29(a)(3)(B). As the President-elect, President Trump provides a unique insight into the effect the Final Report will have on the transition and why it is contrary to the Presidential Transition Act and the Executive Vesting Clause. Indeed, his presentation of these issues ensures "sharp adversarial presentation of the issues" and thus "satisfies . . . prudential concerns that otherwise might counsel against" addressing them. *United States v. Windsor*, 570 U.S. 744, 761 (2013); *see* Opp'n 15 (attacking Defendants' standing to raise the issue as "[t]hey are not personally affected by the Presidential

Transition Act"). Furthermore, as a former President and the future President, President Trump has a unique perspective on the Appointments Clause and Appropriations Clause issues. Both clauses affect the President. President Trump's view that Smith is unconstitutionally appointed and funded thus has special weight as they provide the views of a former and future head of the Executive Branch on constitutional limits on his authority.

For these reasons, President Trump's *amicus* brief "will assist the judges by presenting ideas, arguments, theories, [and] insights . . . that are not found in the briefs of the parties." *Prairie Rivers Network v. Dynegy Midwest Generation, LLC*, 976 F.3d 761, 763 (7th Cir. 2020) (cleaned up) (quoting the Seventh Circuit's *Practitioner's Handbook for Appeals*). It is appropriate to grant him leave to file it.

## **CONCLUSION**

For those reasons, President Trump respectfully requests that the Court grant him leave to participate as *amicus curiae* and file the attached brief.

Dated: January 8, 2025　　　　　　　Respectfully submitted:


　　　　　　　　　　　　　　　　　*/s/ Todd Blanche / Emil Bove*
　　　　　　　　　　　　　　　　　Todd Blanche
　　　　　　　　　　　　　　　　　toddblanche@blanchelaw.com
　　　　　　　　　　　　　　　　　Emil Bove
　　　　　　　　　　　　　　　　　emil.bove@blanchelaw.com
　　　　　　　　　　　　　　　　　Kendra L. Wharton
　　　　　　　　　　　　　　　　　Fla. Bar No. 1048540
　　　　　　　　　　　　　　　　　k.wharton@whartonlawpllc.com
　　　　　　　　　　　　　　　　　BLANCHE LAW PLLC
　　　　　　　　　　　　　　　　　99 Wall Street, Suite 4460
　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　(212) 716-1250

　　　　　　　　　　　　　　　　　*Counsel for*
　　　　　　　　　　　　　　　　　*President Donald J. Trump*

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

Counsel for President Donald J. Trump hereby certifies pursuant to Federal Rules of Appellate Procedure 27(d), 32(a), and 32(g) that this motion is proportionately spaced, has a typeface of 14 points, and contains 355 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f).

Dated: January 8, 2025
/s/ *Kendra L. Wharton*
Kendra L. Wharton

# CERTIFICATE OF SERVICE

Counsel for President Donald J. Trump hereby certifies that on January 8, 2025, the foregoing motion was filed with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit using the Court's electronic filing system. Counsel further certifies that all participants in the case are represented by counsel registered with the electronic filing system and that service will be accomplished by that system.

Dated: January 8, 2025

*/s/ Kendra L. Wharton*
Kendra L. Wharton