# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

January 09, 2025

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 24-12311-SS
Case Style: USA v. Donald Trump, et al
District Court Docket No: 9:23-cr-80101-AMC

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:      404-335-6100     Attorney Admissions:           404-335-6122
Case Administration:      404-335-6135     Capital Cases:                 404-335-6200
CM/ECF Help Desk:         404-335-6125     Cases Set for Oral Argument:   404-335-6141

MOT-2 Notice of Court Action