# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

Nos. 24-12311; 25-10076

_____

UNITED STATES OF AMERICA,

                                                Plaintiff-Appellant,

*versus*

WALTINE NAUTA,
CARLOS DE OLIVEIRA,

                                                Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:23-cr-80101-AMC

_____

ORDER:

The district court's January 7, 2025, order on appeal in no. 25-10076 temporarily enjoined Appellant. Because the order has expired, no. 25-10076 is DISMISSED AS MOOT.

Appellant's "Emergency Motion for Summary Reversal of District Court Injunction and for Consolidation with Case No. 24-12311," filed in both no. 24-12311 and no. 25-10076, is DENIED AS MOOT.

"Motion for Leave to File Brief of Jeffrey B. Clark as *Amicus Curiae* in Support of the Emergency Motion for Injunctive Relief of Appellees Waltine Nauta and Carlos de Oliveira," filed in no. 24-12311, is DENIED AS MOOT.

"Appellees' Motion to Strike [and] Notice of Response to Government's Notice as to Notice of Appeal," filed in no. 24-12311, is DENIED AS MOOT.

"Motion to Withdraw Appearances," filed in no. 24-12311, is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION