No. 24-12311

# In the United States Court of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA,

*Appellant,*

v.

DONALD J. TRUMP, ET AL.,

*Defendants–Appellees.*

## MOTION TO WITHDRAW AS COUNSEL

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:23-CR-80101

ASHLEY MOODY
  *Attorney General of Florida*

HENRY C. WHITAKER
  *Solicitor General*
NATHAN A. FORRESTER
  *Senior Deputy Solicitor General*
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
(850) 414-2672 (fax)
*henry.whitaker@myfloridalegal.com*

*Counsel for Amici States*

**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to 11th Cir. Rule 26.1-2(b), I certify that I am not aware of persons or entities with an interest in the outcome of this appeal that have been omitted from the Certificate of Interested Persons contained in the opening brief or in any other brief filed.

# MOTION TO WITHDRAW AS COUNSEL

I, Henry C. Whitaker, respectfully request leave to withdraw as counsel for Amici Curiae, the States of Florida, Iowa, Alabama, Alaska, Arkansas, Idaho, Indiana, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, Oklahoma, South Carolina, South Dakota, Tennessee, Utah, and West Virginia. I will be leaving the Florida Office of the Attorney General on January 17, 2025. The Amici States will continue to be represented by Nathan Forrester.

Dated: January 17, 2025

Respectfully submitted,

ASHLEY MOODY
Attorney General of Florida

*/s/ Henry C. Whitaker*
HENRY C. WHITAKER
  *Solicitor General*
NATHAN A. FORRESTER
  *Senior Deputy Solicitor General*

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3681
(850) 410-2672 (fax)
*henry.whitaker@myfloridalegal.com*

*Counsel for Amici States*

## CERTIFICATE OF SERVICE

I certify that on January 17th, 2025, I electronically filed this Motion to Withdraw with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Henry C. Whitaker*
Solicitor General of Florida
