IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 24-12311

UNITED STATES OF AMERICA,

      Appellant,

- versus -

DONALD TRUMP, ET AL,

      Appellees.

_____/

## CERTIFICATE OF INTERESTED PARTIES FOR GOVERNMENT'S UNOPPOSED MOTION TO DISMISS ITS APPEAL

In compliance with Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1(a)(3) and 26.1-3, the undersigned certifies that the list set forth below is a complete list of the persons and entities who have an interest in the outcome of this case.

Advance Publications, Inc.

Alonso, Cristina

America First Legal Foundation

American Broadcasting Companies, Inc., d/b/a ABC News

Ayer, Donald

Blackman, Joshua

Blanche, Todd

Bloomberg, L.P.

Bove, Emil

Bowman, Chad

Bratt, Jay

Cable News Network, Inc.

Calabresi, Steven

Caldera, Louis

Cannon, Hon. Aileen

Cate, Matthew

Citizens United

Citizens United Foundation

CMG Media Corporation

Coleman, Tom

Conway, George

Cooney, J.P.

Cox Enterprises, Inc. (COX) d/b/a The Atlanta JournalConstitution

**United States v. Donald Trump, et al., Case No. 24-2311**

**Certificate of Interested Persons (Cont'd)**

Dadan, Sasha

De Oliveira, Carlos

Dow Jones & Company, Inc., publisher of The Wall Street Journal

Dreeben, Michael

Edelstein, Julie

Fields, Lazaro

Fitzgerald, Patrick

Fort Myers Broadcasting Company

Gerson, Stuart

Goodman, Hon. Jonathan

Gray Media Group, Inc. (GTN)

Guardian News & Media Limited

Harbach, David

Hulser, Raymond

Insider, Inc.

Irving, John

Kise, Christopher

# United States v. Donald Trump, et al., Case No. 24-2311

# Certificate of Interested Persons (Cont'd)

Lacovara, Philip Allen

Landmark Legal Foundation

Lawson, Gary

Los Angeles Times Communications LLC, publisher of The Los Angeles Times

Maynard, Hon. Shaniek Mills

McKay, John

McNamara, Anne

Meese, Edwin

Mishkin, Maxwell

Mukasey, Hon. Michael B.

Murrell, Larry Donald

National Cable Satellite Corporation d/b/a C-SPAN

National Public Radio, Inc.

Nauta, Waltine

NBCUniversal Media, LLC d/b/a NBC News, a subsidiary of Comcast Corporation (CMCSA)

O'Byrne, Hayden P.

Certificate of Interested Persons (Cont'd)

Orlando Sentinel Media Group, publisher of the Orlando Sentinel

Pearce, James

Pellettieri, John

POLITICO LLC

Potter, Trevor

Radio Television Digital News Association

Raul, Alan Charles

Reinhart, Hon. Bruce E.

Reuters News & Media, Inc.

Russell, Lauren

Salario, Samuel

Sasso, Michael

Schaerr, Gene

Seligman, Matthew

Smith, Abbe

Smith, Fern

Smith, Jack

# United States v. Donald Trump, et al., Case No. 24-2311

# Certificate of Interested Persons (Cont'd)

State Democracy Defenders Action

Sun-Sentinel Company, LLC, publisher of the South Florida Sun Sentinel

TEGNA, Inc. (TGNA)

Telemundo Network Group, LLC d/b/a Noticias Telemundo

Thakur, Michael

The Associated Press

The E.W. Scripps Company (SSP)

The McClatchy Company, LLC (MNI) d/b/a the Miami Herald

The New York Times Company (NYT)

The Palm Beach Post and USA TODAY, publications operated by subsidiaries of Gannett Co., Inc. (GCI)

Thompson, Larry

Tillman, Seth Barrett

Tobin, Charles

Torres, Hon. Edwin

Trent, Edward H

Tribe, Laurence

# United States v. Donald Trump, et al., Case No. 24-2311

# Certificate of Interested Persons (Cont'd)

Troye, Olivia

Trump, Donald J.

Trusty, James

Twardy, Stanley

United States of America

Univision Networks & Studios, Inc.

VanDevender, Cecil

Weiss, Stephen

Weld, William

Wharton, Kendra

Whitman, Christine Todd

Woodward, Stanley

WP Company LLC d/b/a The Washington Post

WPLG, Inc

/s/ *Hayden P. O'Byrne*
Hayden P. O'Byrne
United States Attorney

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 24-12311

UNITED STATES OF AMERICA,

    Appellant,

- versus -

DONALD TRUMP, ET AL,

    Appellees.
_____/

## **UNOPPOSED MOTION TO DISMISS APPEAL**

The United States of America moves to voluntarily dismiss its appeal with prejudice. The government has conferred with counsel for Appellees Waltine Nauta and Carlos De Oliveira, who do not object to the voluntary dismissal.

WHEREFORE, Appellant respectfully requests that this Court dismiss its appeal with prejudice.

    Respectfully submitted,

    HAYDEN P. O'BYRNE
    UNITED STATES ATTORNEY

By:  /s/ *Hayden P. O'Byrne*
    Hayden P. O'Byrne
    United States Attorney
    99 N. E. 4th Street
    Miami, Florida 33132-2111
    Tel. (305) 961-9100
    hayden.obyrne@usdoj.gov

**Certificate of Compliance**

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 52 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B).

**Certificate of Service**

I HEREBY CERTIFY that on January 29, 2025, a true copy of the foregoing was filed electronically with the Eleventh Circuit Court of Appeals' Internet web at www.ca11.uscourts.gov using CM/ECF, and electronically served on all counsel of record.

/s/ *Hayden P. O'Byrne*
Hayden P. O'Byrne
United States Attorney