IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NO. **24-12311**

United States of America,

Appellant,

-versus-

Donald Trump. et al.,

Appellees.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**AMENDED
UNITED STATES' NOTICE CONCERNING
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Hayden Patrick O'Byrne
United States Attorney
Attorney for Appellee
99 N.E. 4th Street
Miami, Florida 33132-2111
305-961-9100

**United States v. Donald Trump, et al, Case No. 24-12311**
**United States' <u>Amended</u> Notice Concerning Certificate of Interested**
**Persons and Corporate Disclosure Statement**

In compliance with Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-4, the undersigned certifies that the list set forth below is a complete list of the persons and entities previously included on our CIP, and also includes additional persons and entities (designated in bold face) who have an interest in the outcome of this case.

Advance Publications, Inc.

Alonso, Cristina

America First Legal Foundation

American Broadcasting Companies, Inc., d/b/a ABC News

Ayer, Donald

Blackman, Joshua

Blanche, Todd

Bloomberg, L.P.

Bove, Emil

Bowman, Chad

Bratt, Jay

**United States v. Donald Trump, et al, Case No. 24-12311**
**United States' <u>Amended</u> Notice Concerning Certificate of Interested**
**Persons and Corporate Disclosure Statement (Cont'd)**

Cable News Network, Inc.

Calabresi, Steven

Caldera, Louis

Cannon, Hon. Aileen

Cate, Matthew

Citizens United

Citizens United Foundation

CMG Media Corporation

Coleman, Tom

Conway, George

Cooney, J.P.

Cox Enterprises, Inc. (COX) d/b/a The Atlanta JournalConstitution

United States v. Donald Trump, et al., Case No. 24-2311

Certificate of Interested Persons (Cont'd)

Dadan, Sasha

De Oliveira, Carlos

Dow Jones & Company, Inc., publisher of The Wall Street Journal

**United States v. Donald Trump, et al, Case No. 24-12311**
**United States' <u>Amended</u> Notice Concerning Certificate of Interested**
**Persons and Corporate Disclosure Statement (Cont'd)**

Dreeben, Michael

Edelstein, Julie

Fields, Lazaro

Fitzgerald, Patrick

Fort Myers Broadcasting Company

Gerson, Stuart

Goodman, Hon. Jonathan

Gray Media Group, Inc. (GTN)

Guardian News & Media Limited

Harbach, David

Hulser, Raymond

Insider, Inc.

Irving, John

Kise, Christopher

Lacovara, Philip Allen

**United States v. Donald Trump, et al, Case No. 24-12311**
**United States' <u>Amended</u> Notice Concerning Certificate of Interested**
**Persons and Corporate Disclosure Statement (Cont'd)**

Landmark Legal Foundation

Lawson, Gary

Los Angeles Times Communications LLC, publisher of The Los

Angeles Times

Maynard, Hon. Shaniek Mills

McKay, John

McNamara, Anne

Meese, Edwin

Mishkin, Maxwell

Mukasey, Hon. Michael B.

Murrell, Larry Donald

National Cable Satellite Corporation d/b/a C-SPAN

National Public Radio, Inc.

Nauta, Waltine

NBCUniversal Media, LLC d/b/a NBC News, a subsidiary of

Comcast Corporation (CMCSA)

**United States v. Donald Trump, et al, Case No. 24-12311**
**United States' <u>Amended</u> Notice Concerning Certificate of Interested**
**Persons and Corporate Disclosure Statement (Cont'd)**

**O'Byrne, Hayden Patrick**

Orlando Sentinel Media Group, publisher of the Orlando Sentinel

Pearce, James

Pellettieri, John

POLITICO LLC

Potter, Trevor

Radio Television Digital News Association

Raul, Alan Charles

Reinhart, Hon. Bruce E.

Reuters News & Media, Inc.

Russell, Lauren

 Salario, Samuel

Sasso, Michael

Schaerr, Gene

Seligman, Matthew

**United States v. Donald Trump, et al, Case No. 24-12311**
**United States' <u>Amended</u> Notice Concerning Certificate of Interested**
**Persons and Corporate Disclosure Statement (Cont'd)**

Smith, Abbe

Smith, Fern

Smith, Jack

State Democracy Defenders Action

Sun-Sentinel Company, LLC, publisher of the South Florida Sun

Sentinel

TEGNA, Inc. (TGNA)

Telemundo Network Group, LLC d/b/a Noticias Telemundo

Thakur, Michael

The Associated Press

The E.W. Scripps Company (SSP)

The McClatchy Company, LLC (MNI) d/b/a the Miami Herald

The New York Times Company (NYT)

The Palm Beach Post and USA TODAY, publications operated by
subsidiaries of Gannett Co., Inc. (GCI)

Thompson, Larry

**United States v. Donald Trump, et al, Case No. 24-12311**
**United States' <u>Amended</u> Notice Concerning Certificate of Interested**
**Persons and Corporate Disclosure Statement (Cont'd)**

Tillman, Seth Barrett

Tobin, Charles

Torres, Hon. Edwin

Trent, Edward H

Tribe, Laurence

Troye, Olivia

Trump, Donald J.

Trusty, James

Twardy, Stanley

United States of America

Univision Networks & Studios, Inc.

VanDevender, Cecil

Weiss, Stephen

Weld, William

Wharton, Kendra

Whitman, Christine Todd

**United States v. Donald Trump, et al, Case No. 24-12311**
**United States' <u>Amended</u> Notice Concerning Certificate of Interested**
**Persons and Corporate Disclosure Statement (Cont'd)**

Woodward, Stanley

WP Company LLC d/b/a The Washington Post

WPLG, Inc

/s/ *Hayden O'Byrne*
Hayden O'Byrne
United States Attorney
99 N. E. 4th Street
Miami, Florida 33132-2111
Tel. (305) 961-9100
hayden.obyrne@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 29, 2025, the foregoing Amended Certificate of Interested Persons was filed using CM/ECF and that on the same day the Certificate of Interested Persons was served via CM/ECF on all counsel of record.

/s/ *Hayden O'Byrne*
Hayden O'Byrne
United States Attorney