In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 24-12311

---

UNITED STATES OF AMERICA,

                                                       Plaintiff-Appellant,

versus

WALTINE NAUTA,
CARLOS DE OLIVEIRA,

                                                       Defendants-Appellees.

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:23-cr-80101-AMC

---

ORDER:

Appellant's "Unopposed Motion to Dismiss Appeal" is GRANTED. This appeal is DISMISSED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION